# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-21-00384-CV

---

**Kirsten Hanna; Upside Up Properties, LLC; and Upside Up Ventures, Inc., Appellants**

**v.**

**M. Matthew Williams; David Howell; Law Firm of M. Matthew Williams; and Leighton, Michaux, Adkinson & Brown, PLLC, Appellees**

---

### FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-21-000957, THE HONORABLE KARIN CRUMP, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellants have filed an unopposed motion to abate their appeal so that they may cure a "potential jurisdictional impediment" by having the trial court sever appellees' counterclaim from the underlying proceeding. We grant the motion and abate this appeal pending further order from this Court, with appellate deadlines tolled during the abatement period. *See* Tex. R. App. P. 27.2 ("The appellate court may allow an appealed order that is not final to be modified so as to be made final and may allow the modified order and all proceedings relating to it to be included in a supplemental record."). Appellants are instructed to file either a motion to reinstate the appeal with a supplemental clerk's record demonstrating that the judgment is a final appealable judgment or a status report on or before February 1, 2022.

Before Justices Goodwin, Baker, and Smith

Abated

Filed: December 3, 2021